JESSE S. KAPLAN   CSB#103726
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
916/488-3030
916/489-9297 fax

**Attorney for Plaintiff**
**MANVEL TADEVOSYAN**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA
-o0O0o-

| | |
|---|---|
| MANVEL TADEVOSYAN, | No.   2:12-CV-02382-EFB |
| Plaintiff, | |
| v. | STIPULATION AND [proposed] ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT |
| MICHAEL ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to April 5, 2013.

This is the first extension.

Dated: March 14, 2013            /s/   Jesse S. Kaplan
                                 JESSE S. KAPLAN
                                 Attorney for Plaintiff


Dated:  March 14, 2013            /s/ per e-mail authorization
                                 ELIZABETH BARRY
                                 Special Assistant U.S. Attorney
                                 Attorney for Defendant

1

1
2  **ORDER**
3  For good cause shown, the requested extension of plaintiff's time to file an opening brief
4  is extended to April 5, 2013.
5  SO ORDERED.
6  Dated:  March 19, 2013.                   _____
                                              EDMUND F. BRENNAN
7                                             UNITED STATES MAGISTRATE JUDGE